NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**TERRY BURKE DOTSON,**
*Petitioner,*

v.

**UNITED STATES POSTAL SERVICE,**
*Respondent.*

---

2010-3092

---

Petition for review of the Merit Systems Protection Board in case no. PH0752090293-I-1.

---

**ON MOTION**

---

**ORDER**

Terry Burke Dotson moves without opposition for leave to file a nonconforming reply brief. Dotson separately moves without opposition for leave to file a joint appendix out of time.

Upon consideration thereof,

IT IS ORDERED THAT:

The motions are granted.

FOR THE COURT

OCT 2 2 2010
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: Katherine Smith, Esq.
    P. Davis Oliver, Esq.

s20

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

OCT 2 2 2010

**JAN HORBALY**
**CLERK**